UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BENJAMIN GARNER** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 20-1582** |
| **MARC JONES CONSTRUCTION, L.L.C., ET AL.** | **SECTION: "G"(1)** |

### ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this <u>6th</u> day of August, 2020.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] *See* Correspondence.

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

July 31, 2020

Chief Judge Nannette Jolivette Brown
efile-brown@laed.uscourts.gov

*Re:*   *Benjamin Garner v. Marc Jones Construction LLC, 20-cv-1582-NJB-JVM*

Dear Chief Judge Brown:

    I represent plaintiff Benjamin Garner.  Pursuant to Local Rule 16.4, the parties respectfully submit notice of an individual settlement.  The settlement will resolve plaintiff's individual claims and plaintiff expects to file a notice of dismissal within the next 30 days.  If you have any questions with regard to above, please do not hesitate to contact me.

                      Respectfully submitted,

                      s/ Heather Kolbus

cc:   Garth J. Ridge
      garth@garthridge.com
      A. Paul Heeringa
      pheeringa@manatt.com