UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BENJAMIN GARNER, )<br>on behalf of Plaintiff and all others )<br>similarly situated, )<br>  )<br>  ) Plaintiff, )<br>  )<br>v. )<br>  )<br>MARC JONES CONSTRUCTION, L.L.C., )<br>and JOHN DOES 1-10, )<br>  )<br>  Defendants. ) | 2:20-cv-1582-NJB-JVM<br><br>Chief Judge Brown<br>Magistrate Judge van Meerveld |

## **ORDER**

Considering the foregoing Motion to Extend Time to Reinstate Case,

IT IS HEREBY ORDERED that the motion is granted. The deadline for the parties to move to reinstate the case if settlement is not consummated is extended to November 5, 2020. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, this 5th day of October, 2020.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT